HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ILIAS DIMITRION NTAIS,

    Defendant.

Case No. CR06-5661 RBL

ORDER

THIS MATTER comes on before the above-entitled Court sua sponte.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On October 31, 2006 the Defendant entered a plea of guilty. The Court permitted the parties to waive preparation of a Presentence Report. The Court entered its standard Order Regarding Sentencing Procedure which set the date for sentencing on December 12, 2006 and ordered the preparation of a Presentence Report. [Dkt. #8] The Order Regarding Sentencing Procedure is hereby **STRICKEN**. The sentencing date of December 12, 2006 remains as set.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 2nd day of November, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE